# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stanislav P Tkhir and Irina Tkhir<br>    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-20840 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5166

              Respectfully submitted,

              **/s/Thomas Puleo, Esquire**
              Thomas Puleo, Esquire
              Brian C. Nicholas, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 825-6306  FAX (215) 825-6406