**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STANISLAV P. TKHIR, AND | : | |
| IRINA TKHIR | : | NO. 12-20840 |

<u>CERTIFICATION OF NO RESPONSE</u>

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received to the Motion to Approve Loan Modification to within the time allowed by law.

Dated: December 27, 2016        By: /s/ Michael P. Kelly
                                                        Michael P. Kelly, Esquire
                                                        Suite 202 - Penn's Square
                                                        402 Middletown Boulevard
                                                        Langhorne, PA    19047
                                                        (215) 741-1100
                                                        Fax (215) 741-4029