## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STANISLAV P. TKHIR, AND | : | |
| IRINA TKHIR | : | NO. 12-20840 |

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received to the Motion to Modified Plan After Confirmation within the time allowed by law.

DATED: January 3, 2017

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA    19047
(215) 741-1100
Fax (215) 741-4029