UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STANISLAV P. TKHIR, AND | : | |
| IRINA TKHIR | : | NO. 12-20840 |

ORDER MODIFYING AUTOMATIC STAY

**AND NOW,** this          day of                         , 2016 upon consideration of the Motion to Approve Loan Modification filed by Michael P. Kelly, Esquire,

**ORDERED**, that the Movant's Motion to Approve Loan Modification is hereby GRANTED; and it is further

ORDERED, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay.

FURTHER ORDERED that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law.

Dated: January 12, 2017

BY:_____
The Honorable Stephen Raslavich
Bankruptcy Judge

cc:
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA   19047

Frederick L. Reigle
P.O. Box 4010
Reading, PA 19606-0410

U.S. Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Stanislav and Irina Tkhir
112 Alberts Way
Langhorne, PA 19047