UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
STANISLAV P. TKHIR, AND :
IRINA TKHIR : NO. 12-20840

ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** this 12th day of January, 2016, it is

**ORDERED** that pursuant to 11 USC Section 1329, the Modified Plan dated December 10, 2016 is approved and confirmed.

BY THE COURT:

_____
Judge Stephen Raslavich

cc:

Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Boulevard
Langhorne, PA 19047

Frederick L. Reigle
P.O. Box 4010
Reading, PA 19606

Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107