United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 12-20840-sr
Stanislav P Tkhir                                              Chapter 13
Irina Tkhir
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Jan 12, 2017
                              Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db/jdb         +Stanislav P Tkhir,    Irina Tkhir,    112 Alberts Way,    Langhorne, PA 19047-1120
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                 Lewisville, TX   75067)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 13 2017 02:19:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 13 2017 02:18:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 13 2017 02:19:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2017 02:07:18     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 02:16:21
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank NA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL P. KELLY    on behalf of Debtor Stanislav P Tkhir mpkpc@aol.com
              MICHAEL P. KELLY    on behalf of Joint Debtor Irina  Tkhir mpkpc@aol.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
STANISLAV P. TKHIR, AND :
IRINA TKHIR : NO. 12-20840

## ORDER MODIFYING AUTOMATIC STAY

**AND NOW,** this          day of                    , 2016 upon consideration of the Motion to Approve Loan Modification filed by Michael P. Kelly, Esquire,

**ORDERED**, that the Movant's Motion to Approve Loan Modification is hereby GRANTED; and it is further

ORDERED, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay.

FURTHER ORDERED that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law.

Dated: January 12, 2017

BY:_____
The Honorable Stephen Raslavich
Bankruptcy Judge

cc:
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA    19047

Frederick L. Reigle
P.O. Box 4010
Reading, PA 19606-0410

U.S. Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Stanislav and Irina Tkhir
112 Alberts Way
Langhorne, PA 19047