UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Stanislav & Irina Tkhir           : NO. 12-20840-sr
                                          :
                                          : CHAPTER 13

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to my Notice and Application for Supplemental Compensation.

BY: /s/ Michael P. Kelly
    MICHAEL P. KELLY, ESQ.
    202 PENNS SQUARE
    LANGHORNE, PA. 19047