LANGHORNE, PA. 19047
(215) 741-1100

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Stanislav & Irina Tkhir                : CHAPTER 13
: NO. 12-20840-sr

### ORDER AWARDING SUPPLEMENTAL COUNSEL FEES AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P .Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1, it is **ORDERED** that supplemental compensation in the amount of **$900.00** and reimbursement of expenses in the amount of **$0** are awarded for the period of time of **03/03/2014 to 01/06/2017.** The trustee is authorized to pay the supplemental amount due of **$900.00** to the extent provided by the terms of the confirmed plan.

BY THE COURT:    *Stephen Raslavich*                    **February 27, 2017**
_____           _____
STEPHEN RASLAVICH                                    Dated
U.S. Bankruptcy Judge