United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-20840-sr
Stanislav P Tkhir                                                       Chapter 13
Irina Tkhir
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Marie    Page 1 of 1    Date Rcvd: Feb 27, 2017
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
db/jdb         +Stanislav P Tkhir,    Irina Tkhir,    112 Alberts Way,    Langhorne, PA 19047-1120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank NA paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        MICHAEL P. KELLY    on behalf of Debtor Stanislav P Tkhir mpkpc@aol.com
        MICHAEL P. KELLY    on behalf of Joint Debtor Irina  Tkhir mpkpc@aol.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 10

LANGHORNE, PA. 19047
(215) 741-1100

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Stanislav & Irina Tkhir     : CHAPTER 13
: NO. 12-20840-sr

## ORDER AWARDING SUPPLEMENTAL COUNSEL FEES AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P .Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1,

it is **ORDERED** that supplemental compensation in the amount of **$900.00**

and reimbursement of expenses in the amount of **$0** are awarded for the period of time of

**03/03/2014 to 01/06/2017.** The trustee is authorized to pay the supplemental

amount due of **$900.00** to the extent provided by the terms of the confirmed plan.

BY THE COURT:  _____          **February 27, 2017**
                            STEPHEN RASLAVICH                    _____
                            U.S. Bankruptcy Judge                        Dated