Certificate Number: 17572-PAE-DE-030351585

Bankruptcy Case Number: 12-20840



17572-PAE-DE-030351585

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 27, 2017</u>, at <u>12:26</u> o'clock <u>PM PST</u>, <u>Stanislav Tkhir</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 27, 2017</u>　　　　By:   <u>/s/Benjamin E Wunsch</u>

　　　　　　　　　　　　　　　　　　Name:   <u>Benjamin E Wunsch</u>

　　　　　　　　　　　　　　　　　　Title:   <u>Counselor</u>