United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                 Case No. 12-20840-jkf
Stanislav P Tkhir                                                                      Chapter 13
Irina Tkhir
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: JEGilmore              Page 1 of 3               Date Rcvd: Mar 13, 2018
                                Form ID: 138NEW              Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
```
db/jdb         +Stanislav P Tkhir,    Irina Tkhir,    112 Alberts Way,    Langhorne, PA 19047-1120
12911524       +1st National Bank Of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
13019581        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12911525       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
12911527        Bank Of America,    4060 Ogletown/stanton Rd,    Newark, DE 19713
12911526        Bank Of America,    De5-019-03-07,    Newark, DE 19714
12911528       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12954948        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12911530      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
12911531       +Cap1/bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
12985013        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13037843        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12911532       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12911533       +Chase,    1 Chase Sq,    Rochester, NY 14643-0002
12911535       +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
12911536       +Citgo/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
12911537       +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
12930676       +Department Stores National Bank/Bloomingdales Visa,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
12911540       +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
12919918        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13052241       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    ATTN: Correspondence Mail,
                 700 Kansas Lane,    Monroe, LA 71203-4774
12957777        Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13103946       +Michael P Kelly,    402 Middletown Blvd.,    Suite 202,    Langhorne, Pa. 19047-1818
13024114      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
12911549       +Pa Department Of Revenue,    PO Box 281041,    Harrisburg, PA 17128-1041
12911550       +Sears/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
12911551       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
12911553       +Sunoco/citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
12911554       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
12911555       +Visa Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 14 2018 01:40:05     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2018 01:40:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:19     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 01:43:36
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12918272        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2018 01:43:22
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
12931113        E-mail/Text: bankruptcynotices@cfstwo.com Mar 14 2018 01:40:03     BLW Debt Resolutions LLC,
                 c/o CFS II Inc,    2488 E 81st Street, Suite 500,    Tulsa, Oklahoma 74137-4214
13023404        E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2018 01:43:37
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12962188       +E-mail/Text: bncmail@w-legal.com Mar 14 2018 01:40:00     CHESWOLD (OPHRYS), LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12911529       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2018 01:43:30     Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
12911538       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 14 2018 01:43:29     Credit One,
                 PO Box 60500,    City Of Industry, CA 91716-0500
12920423        E-mail/Text: mrdiscen@discover.com Mar 14 2018 01:39:41     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
12911539       +E-mail/Text: mrdiscen@discover.com Mar 14 2018 01:39:41     Discover Fin Svcs Llc,
                 Po Box15316,    Wilmington, DE 19850-5316
12911541       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:19     Gecrb/jc Penney Dc,
                 Po Box 981400,    El Paso, TX 79998-1400
12911542        E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:35     Gecrb/lowes,    Po Box 103065,
                 Roswell, GA 30076
12911543       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:19     Gecrb/sams Club,
                 P.o. Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0313-2                  User: JEGilmore              Page 2 of 3                   Date Rcvd: Mar 13, 2018
                                      Form ID: 138NEW              Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12911544       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:19     Gecrb/tjx Cos,    Po Box 1400,
                 El Paso, TX 79948-1400
12911545       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:19     Gecrb/tydc,   Po Box 965005,
                 Orlando, FL 32896-5005
12911546       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:19     IKEA/GECRB,    PO Box 530942,
                 Atlanta, GA 30353-0942
12959529        E-mail/Text: cio.bncmail@irs.gov Mar 14 2018 01:39:42     IRS,   PO BOX 21126,    PHILA PA 19114
12991555        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 14 2018 01:40:01     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12911548       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 14 2018 01:39:41     Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
13049049        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2018 01:43:30
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12962204       +E-mail/Text: bncmail@w-legal.com Mar 14 2018 01:40:04     OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12970645        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 01:43:37
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,   Norfolk, VA 23541
12921802        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2018 01:39:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division   PO Box 280946,
                 Harrisburg PA  17128-0946
12929798        E-mail/Text: bnc-quantum@quantum3group.com Mar 14 2018 01:39:46
                 Quantum3 Group LLC as agent for,    Allgate Financial LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
12939790        E-mail/Text: bnc-quantum@quantum3group.com Mar 14 2018 01:39:46
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
12920296        E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2018 01:43:20
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12911552       +E-mail/PDF: cbp@onemainfinancial.com Mar 14 2018 01:43:26     Springlf Fin,    P O Box 59,
                 Evansville, IN 47701-0059
12911556       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 01:43:27     Walmart Discover,    PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC,     350 Highland Drive,
                 Lewisville, TX  75067)
cr*           +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13019582*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13048058*      Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
12911534*     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
12911547*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
12977204*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     P.O. Box 41067,
                 Norfolk, VA 23541)
12986908*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541)
                                                                                              TOTALS: 0, * 9, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                            Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore              Page 3 of 3                   Date Rcvd: Mar 13, 2018
                              Form ID: 138NEW              Total Noticed: 60
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:

```
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank NA paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MICHAEL P. KELLY    on behalf of Debtor Stanislav P Tkhir mpkpc@aol.com,
           r47593@notify.bestcase.com
          MICHAEL P. KELLY    on behalf of Joint Debtor Irina  Tkhir mpkpc@aol.com,
           r47593@notify.bestcase.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Stanislav P Tkhir and Irina Tkhir
    Debtor(s)

Bankruptcy No: 12−20840−jkf
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 3/13/18

86 − 85
Form 138_new