United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| Name of Debtor(s): | Stanislav  Tkhir |
| Case No: | 12-20840 |
| Chapter: | 13 |

This change of mailing address is requested by the Creditor, CFS2.

Our old mailing address is:

2488 E 81st St
Suite 500 - 600
Tulsa OK 74137

Our new mailing address is:

4500 S 129th E Ave
Suite 124
Tulsa OK 74134

_Megan Carr_
Megan Carr

_7/19/2019_
Date

JUL 2 5 2019